**Electronically Filed
Supreme Court
SCWC-17-0000048
28-SEP-2022
08:12 AM
Dkt. 22 ODSAC**

SCWC-17-0000048

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL RAY HUGHES, Petitioner/Petitioner-Appellant,

v.

STATE OF HAWAI'I, Respondent/Respondent-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000048; S.P.P. NO. 16-1-0001(1); CR. NO. 89-0225(1))

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, September 28, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

